IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEBRASKA

| IN RE: | ) | Case No: BK 10 - 83596 |
|---|---|---|
| | ) | |
| SANITARY AND IMPROVEMENT | ) | CHAPTER 9 |
| DISTRICT NO. 528 OF DOUGLAS | ) | **LIST OF CREDITORS HOLDING 20** |
| | ) | **LARGEST UNSECURED CLAIMS** |
| COUNTY, NEBRASKA | ) | |
| | ) | |
| | ) | |
| | ) | |

**LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS**

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| First National Bank of Omaha 1620 Dodge Street Omaha, NE | | Warrant | | $9,363,609.09 |
| US Investment Partnership c/o Awerkamp Goodnight Schwaller & Nelson, P.C. 17007 Marcy, Omaha, NE, 68118 | | Warrant | | $572,450.00 |
| US Investment Partnership II c/o Awerkamp Goodnight | | Warrant | | $1,377,866.44 |

1

| | | | | |
|---|---|---|---|---|
| Schwaller & Nelson, P.C. 17007 Marcy, Omaha, NE, 68118 | | | | |
| Barbara Udes Shaw, Charitable Foundation c/o Awerkamp Goodnight Schwaller & Nelson, P.C. 17007 Marcy, Omaha, NE, 68118 | | Warrant | | $171,735.00 |
| F Lynne Udes Scott, Charitable Foundation c/o Awerkamp Goodnight Schwaller & Nelson, P.C. 17007 Marcy, Omaha, NE, 68118 | | Warrant | | $124,176.53 |

SANITARY AND IMPROVEMENT DISTRICT NO. 528 OF DOUGLAS COUNTY, NEBRASKA,

Dated this 14 day of December, 2010

By: /s/Brian C. Doyle
Brian C. Doyle (#23001)
Fullenkamp, Doyle & Jobeun
11440 West Center Road
Omaha, Nebraska 68144
(402) 334-0700
Fax: (402)-334-0815

brian@fdjlaw.com
Attorney for said Debtor

**DECLARATION UNDER PENALTY OF PERJURY
ON BEHALF OF A MUNICIPALITY**

I, the authorized officer or an authorized agent of the municipality named as Debtor in this case, declare under penalty of perjury that I have read the foregoing **LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS** and that it is true and correct to the best of information and belief.

Date December 14, 2010
By __/s/Chad LaMontagne_____
Name: Chad LaMontagne
Title: Chairman – Board of Trustees