UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN RE:<br><br>SANITARY AND IMPROVEMENT DISTRICT NO. 528 OF DOUGLAS COUNTY, NEBRASKA | Case No: BK 10- 83596<br><br>CHAPTER 9<br><br>STATEMENT OF QUALIFICATION UNDER SECTION 109(C) OF THE UNITED STATES BANKRUPTCY CODE |

1. Sanitary and Improvement District No. 528 of Douglas County Nebraska ("Debtor") is a municipality as defined in Section 101(40) of the United States Bankruptcy Code;

2. The Debtor is specifically authorized, in its capacity as a municipality or by name, to be a debtor under such chapter by State law, or by a governmental officer or organization empowered by State law to authorize such entity to be a debtor under such chapter;

3. The Debtor is insolvent;

4. The Debtor desires to effect a plan to adjust such debts and has obtained the agreement of creditors holdinng at least a majority in amount of the claims of each class that such entity intends to impair under a plan in a case under Chapter 9.

    SANITARY AND IMPROVEMENT DISTRICT NO. 528 OF DOUGLAS COUNTY, NEBRASKA,

    Dated this 14 day of December, 2010

    By: /s/Brian C. Doyle
        Brian C. Doyle (#23001)
        Fullenkamp, Doyle & Jobeun

-2-

        11440 West Center Road
        Omaha, Nebraska 68144
        (402) 334-0700
        Fax: (402)-334-0815
        brian@fdjlaw.com
        Attorney for said Debtor


DECLARATION UNDER PENALTY OF PERJURY

ON BEHALF OF A MUNICIPALITY


I, the authorized officer or an authorized agent of the municipality named as Debtor in this case, declare under penalty of perjury that I have read the foregoing Statement of Qualification and that it is true and correct to the best of information and belief.

Date December 14, 2010
By  /s/Chad LaMontagne
Name: Chad LaMontagne
Title: Chairman – Board of Trustees