UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN RE:<br><br>SANITARY AND IMPROVEMENT DISTRICT<br>NO. 528 OF DOUGLAS COUNTY,<br>NEBRASKA | Case No: BK 10- 83596<br><br>CHAPTER 9<br><br>REPORT ON BALLOTS |

1. There are five total creditors of the District holding all of the construction/bond fund warrants of the District impaired by this Plan.

2. Acceptances have been received from all five of the Creditors of the Debtor and those acceptances total 100% of the debt of the Debtor.

The Debtor, by counsel, submits that pursuant to the foregoing, sufficient acceptances have been received to confirm the Plan filed of even date herewith.

    SANITARY AND IMPROVEMENT DISTRICT NO. 528 OF DOUGLAS COUNTY, NEBRASKA,

    Dated this 14st day of December 2010.
    By: /s/Brian C. Doyle
        Brian C. Doyle (#23001)
        Fullenkamp, Doyle & Jobeun
        11440 West Center Road
        Omaha, Nebraska 68144
        (402) 334-0700
        Fax: (402)-334-0815
        brian@fdjlaw.com
        Attorney for said Debtor

-2-

Case 10-83596    Doc 9    Filed 12/14/10    Entered 12/14/10 18:07:13    Desc Main
                          Document      Page 2 of 2

-2-