UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEBRASKA

| | |
|---|---|
| IN RE:<br><br>SANITARY AND IMPROVEMENT DISTRICT NO. 528 OF DOUGLAS COUNTY, NEBRASKA | Case No: BK 10- 83596<br><br>CHAPTER 9<br><br>NOTICE |

NOTICE ON MOTION TO LIMIT PUBLICATION OF NOTICE AND ORDER

TO: CREDITORS AND PARTIES IN INTEREST

Please take notice that the Debtor has filed a Motion to Limit Notice on December 14, 2010 and attached hereto as Exhibit "A". The Court has granted such order on December 15, 2010, which text entry order is attached hereto as Exhibit "B".

SANITARY AND IMPROVEMENT DISTRICT NO. 528 OF DOUGLAS COUNTY, NEBRASKA,

Dated this 15th day of December, 2010

By: /s/Brian C. Doyle
Brian C. Doyle (#23001)
Fullenkamp, Doyle & Jobeun
11440 West Center Road
Omaha, Nebraska 68144
(402) 334-0700
Fax: (402)-334-0815
brian@fdjlaw.com
Attorney for said Debtor

EXHIBIT "A"

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN RE:<br><br>SANITARY AND IMPROVEMENT DISTRICT NO. 528 OF DOUGLAS COUNTY, NEBRASKA | ) Case No: BK 10-83596<br>)<br>) CHAPTER 9<br>)<br>) MOTION TO LIMIT PUBLICATION OF NOTICE<br>)<br>)<br>)<br>) |

    The Debtor hereby moves the Court that publication of the Notice of Bankruptcy in this case be required only in the Omaha World Herald and the Lincoln Journal Star newspapers. In support of this request, the Debtor states as follows:

1. The Debtor is a sanitary and improvement district created under the laws of the State of Nebraska as a municipality.

2. Section 923 of the United States Bankruptcy Code requires publication of notice of a Chapter 9 bankruptcy.

3. Nebraska Rule of Bankruptcy Procedure 2080-1.B.1. states that "unless otherwise requested by the debtor in the petition and ordered by the Court after notice and hearing" that publication shall be made in The Wall Street Journal, Lincoln Journal Star and Omaha World-Herald.

4. The Debtor has solicited and received from all of the Creditors a Ballot accepting the Plan of Adjustment and Disclosure Statement and the Debtor has been negotiating with all of its creditors and all such creditors who would be impaired

-1-

by the Plan of Adjustment have been notified prior to this filing.

5. The cost of publication in The Wall Street Journal would be a significant and unwarranted expense for the Debtor and unnecessarily expend funds that would otherwise be payable to the creditors.

WHEREFORE, the Debtor requests that the Court permit notice and a hearing on the issue of limited publication prior to the entry of the Chapter 9 notice provided in Rule 2080-1A.1.a.

SANITARY AND IMPROVEMENT DISTRICT NO. 528 OF DOUGLAS COUNTY, NEBRASKA,

Dated this 14st day of December 2010.
By: /s/Brian C. Doyle
Brian C. Doyle (#23001)
Fullenkamp, Doyle & Jobeun
11440 West Center Road
Omaha, Nebraska 68144
(402) 334-0700
Fax: (402)-334-0815
brian@fdjlaw.com
Attorney for said Debtor

-2-

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30-page limit do not apply.

# U.S. Bankruptcy Court

## District of Nebraska

Notice of Electronic Filing

The following transaction was received from laf entered on 12/15/2010 at 2:16 PM CST and filed on 12/15/2010
**Case Name:**     Sanitary and Improvement District No. 528 of Dougl
**Case Number:**     10-83596
**Document Number:** 12

**Docket Text:**
Order Granting Motion To Limit Notice (Related Doc # [11]). Movant is responsible for giving notice to parties in interest as required by rule or statute. HEREBY ORDERED by Judge Thomas L. Saladino. (Text only order) (laf)

The following document(s) are associated with this transaction:

**10-83596 Notice will be electronically mailed to:**

Brian C. Doyle on behalf of Debtor Sanitary and Improvement District No. 528 of Douglas County, Nebraska
brian@fdjlaw.com

Patricia Fahey
ustpregion13.om.ecf@usdoj.gov

**10-83596 Notice will not be electronically mailed to:**