UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEBRASKA

| | |
|---|---|
| IN RE:<br><br>SANITARY AND IMPROVEMENT DISTRICT<br>NO. 528 OF DOUGLAS COUNTY,<br>NEBRASKA | ) Case No: BK 10- 83596<br>)<br>)         CHAPTER 9<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 15, 2010, the following documents were served by depositing copies thereof in the United States mail, first class postage prepaid, addressed to all the creditors on the debtor's mailing matrix, attached as Exhibit "A" hereto:

1. <u>NOTICE ON MOTION TO LIMIT PUBLICATION OF NOTICE AND ORDER</u>

    SANITARY AND IMPROVEMENT DISTRICT NO. 528 OF DOUGLAS COUNTY, NEBRASKA,

    Dated this 15th day of December, 2010

    By: /s/Brian C. Doyle
        Brian C. Doyle (#23001)
        Fullenkamp, Doyle & Jobeun
        11440 West Center Road
        Omaha, Nebraska 68144
        (402) 334-0700
        Fax: (402)-334-0815
        brian@fdjlaw.com
        Attorney for said Debtor

EXHIBIT A

Barbara Udes Shaw,
Charitable Foundation
17007 Marcy
Omaha, NE, 68118

Douglas County Attorney
Hall of Justice
17th and Farnam
Omaha, NE 68183

Douglas County Treasurer
1819 Farnam Street
Omaha, NE 68183

First National Bank of Omaha
1620 Dodge Street
Omaha, NE 68197

F Lynne Udes Scott,
Charitable Foundation
17007 Marcy
Omaha, NE, 68118

US Investment Partnership
17007 Marcy
Omaha, NE, 68118

US Investment Partnership II
17007 Marcy
Omaha, NE, 68118