ch9desig (06/09)

**UNITED STATES BANKRUPTCY COURT**
**District of Nebraska**
**111 South 18th Plaza**
**Suite 1125**
**Omaha, NE 68102**

In Re:

| | |
|---|---|
| Sanitary and Improvement District No. 528 of Douglas County, Nebraska | Bankruptcy Proceeding No. 10–83596<br>Chapter 9 |
| Debtor(s) | |

### CERTIFICATE OF DESIGNATION

    I, Diane Zech, an appointed and qualified clerk of the United States Bankruptcy Court for the District of Nebraska, hereby certifies;

    That the above−named case under 11 U.S.C. Chapter 9, has been filed in the office of the Clerk of the Bankruptcy Court.

    That I, Diane Zech, pursuant to 11 U.S.C. Section 921(b) request that the Honorable William Jay Riley, Chief Judge for the Court of Appeals, 8th Circuit, designate Judge Timothy J. Mahoney to conduct this case.

Dated: 12/15/10



/s/ Diane Zech
Clerk, U.S. Bankruptcy Court

By:  Kourtney Brandl

(Seal of the U.S. Bankruptcy Court)

Date of Issuance: 12/15/10