# DESIGNATION OF UNITED STATES BANKRUPTCY JUDGE
# FOR SERVICE IN ANOTHER DISTRICT WITHIN THE EIGHTH CIRCUIT

---

WHEREAS, in my judgment, the public interest so requires,

NOW THEREFORE, I do hereby designate and assign

### THE HONORABLE TIMOTHY J. MAHONEY

United States Bankruptcy Judge for the District of Nebraska, to hold a term of court in the United States Bankruptcy Court for the District of Nebraska during the period beginning December 17, 2010, and ending upon case closing, and for such additional time in advance thereof to prepare for the hearing of the case, or thereafter as may be required to complete unfinished business in the following case:

In the matter of:

*Sanitary and Improvement District No. 528
of Douglas County, Nebraska*

Bankruptcy Proceeding No. 10-83596
Chapter 9

Dated Dec. 17, 2010

William Jay Riley, Chief Judge
United States Court of Appeals - Eighth Circuit

Original: Denise Lucks, Clerk, District of Nebraska
    cc: Chief District Judge Joseph F. Bataillon
        Chief Bankruptcy Judge Thomas L. Saladino

# CERTIFICATE OF NOTICE

```
District/off: 0867-8            User: kbrandl                Page 1 of 1             Date Rcvd: Dec 20, 2010
Case: 10-83596                  Form ID: pdf                 Total Noticed: 1

The following entities were noticed by first class mail on Dec 22, 2010.
db           +Sanitary and Improvement District No. 528 of Dougl,   11440 W Center RD,   Omaha, NE 68144-4421
The following entities were noticed by electronic transmission.
NONE.                                                                                                TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 22, 2010**                    **Signature:** _Joseph Speetjens_