UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEBRASKA

| | |
|---|---|
| IN RE:<br><br>SANITARY AND IMPROVEMENT DISTRICT<br>NO. 528 OF DOUGLAS COUNTY,<br>NEBRASKA | ) Case No:  BK 10- 83596<br>)<br>)         CHAPTER 9<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 21, 2010, the following documents were served by depositing copies thereof in the United States mail, first class postage prepaid, addressed to all the creditors on the debtor's mailing matrix, attached as Exhibit "A" hereto:

1. <u>NOTICE OF COMMENCEMENT OF CASE UNDER CHAPTER 9, NOTICE OF AUTOMATIC STAY, NOTICE OF TIME FOR FILING RESISTANCES TO THE PETITION, ORDER FOR RELIEF, NOTICE OF TIME FOR FILING PROOFS OF CLAIMS, AND RELATED ORDERS COMBINED WITH NOTICE THEREOF.</u>

SANITARY AND IMPROVEMENT DISTRICT NO. 528 OF DOUGLAS COUNTY, NEBRASKA,

Dated this 3rd day of January, 2011

By: /s/Brian C. Doyle
Brian C. Doyle (#23001)
Fullenkamp, Doyle & Jobeun
11440 West Center Road
Omaha, Nebraska 68144
(402) 334-0700
Fax: (402)-334-0815
brian@fdjlaw.com
Attorney for said Debtor

```
Barbara Udes Shaw,
Charitable Foundation
17007 Marcy
Omaha, NE, 68118


Douglas County Attorney
Hall of Justice
17th and Farnam
Omaha, NE 68183


Douglas County Treasurer
1819 Farnam Street
Omaha, NE 68183


First National Bank of Omaha
1620 Dodge Street
Omaha, NE 68197


F Lynne Udes Scott,
Charitable Foundation
17007 Marcy
Omaha, NE, 68118


US Investment Partnership
17007 Marcy
Omaha, NE, 68118


US Investment Partnership II
17007 Marcy
Omaha, NE, 68118
```